UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON MICHAEL SPENCER,

    Plaintiff,

v.

DEWEY S. WATKINS,

    Defendant.
_____/

Case No.: 1:16-cv-106

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ray Kent in this action (ECF No. 19). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Defendants' motion for summary judgment (ECF No. 15) is GRANTED. **This action is terminated**.

Dated: July 7, 2017

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge